| | |
|---|---|
| 1 | GEORGE M. NEWCOMBE (Bar No. 202898) |
| | gnewcombe@stblaw.com |
| 2 | JAMES G. KREISSMAN (Bar No. 206740) |
| | jkreissman@stblaw.com |
| 3 | SIMPSON THACHER & BARTLETT LLP |
| | 2550 Hanover Street |
| 4 | Palo Alto, California 94304 |
| | Telephone: (650) 251-5000 |
| 5 | Facsimile:  (650) 251-5002 |
| 6 | Attorneys for Defendants Richard S. Fuld, Jr., Christopher M. O'Meara, Joseph M. |
| 7 | Gregory, Ian Lowitt, David Goldfarb, John F. Akers, Roger S. Berlind, Marsha Johnson |
| 8 | Evans, Roland A. Hernandez and Henry Kaufman |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF SAN BUENAVENTURA, | Case No. C 09-0877 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1407 AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, ERIN CALLAN, IAN LOWITT, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, MARSHA JOHNSON EVANS, ROLAND A. HERNANDEZ, HENRY KAUFMAN, ERNST & YOUNG LLP, and DOES 1 through 20, | |
| Defendants. | |

WHEREAS on or about February 18, 2009, Plaintiff City of San Buenaventura ("Plaintiff") filed the Complaint in this case in the Superior Court of the State of California, County of San Francisco;

- 1 -

Stipulation and [Proposed] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time to Respond to Complaint – Case No. C 09-0877 WHA

1  WHEREAS on February 27, 2009, Defendants Richard S. Fuld, Jr., Christopher
2  M. O'Meara, Joseph M. Gregory, Ian Lowitt, David Goldfarb, John F. Akers, Roger S. Berlind,
3  Marsha Johnson Evans, Roland A. Hernandez and Henry Kaufman timely filed a Notice of
4  Removal in this Court; and Defendant Ernst & Young LLP filed a joinder to the Notice of
5  Removal on March 2, 2009;

6  WHEREAS cases sharing common questions of fact with this case have
7  previously been transferred from this District by the Judicial Panel on Multidistrict Litigation
8  (the "MDL Panel") to the Honorable Lewis A. Kaplan of the United States District Court for the
9  Southern District of New York pursuant to 28 U.S.C. § 1407;

10  WHEREAS on March 5, 2009, certain Defendants filed a "tag-along" notice with
11  the MDL Panel to inform the MDL Panel that this action is related to other actions previously
12  transferred by the MDL Panel to the Southern District of New York;

13  WHEREAS previously removed related cases, <u>Zenith Insurance Co. v. Fuld, et
14  al.</u>, Case No. C 08-5352-SC, <u>San Mateo County Investment Pool v. Fuld, et al.</u>, Case No. C 08-
15  5353-SC, <u>Lou Solton, Monterey County Treasurer, on behalf of the Monterey County
16  Investment Pool, v. Fuld, et al.</u>, Case No. C 08-5167 SC, and <u>City of South San Francisco v.
17  Citigroup Global Markets Inc., et al.</u>, Case No. C 09-0501 SC, were stayed by the Honorable
18  Samuel Conti pending transfer of the actions by the MDL Panel to the Southern District of New
19  York;

20  WHEREAS Plaintiff does not intend to oppose the MDL Panel's transfer of this
21  action to the Southern District of New York;

22  WHEREAS Plaintiff intends to file a motion to remand in this action following
23  transfer of the action to the Southern District of New York, or earlier if permitted by that Court;

24  NOW, THEREFORE, pursuant to Civ. L.R. 6-1(a), the undersigned parties
25  hereby stipulate that:

26  This case shall be stayed pending issuance of a transfer order by the MDL Panel;
27
28

- 2 -

Stipulation and [Proposed] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time
to Respond to Complaint – Case No. C 09-0877 WHA

Plaintiff's time within which to file a motion to remand shall be extended until such time as ordered by Judge Kaplan in the Southern District of New York following transfer of this action; and

Defendants' time within which to answer or otherwise respond to the Complaint is extended to 30 days from the issuance of an order deciding Plaintiff's remand motion or such time as ordered by Judge Kaplan in the Southern District of New York following transfer of this action.

Dated: March 9, 2009

    /s/ James G. Kreissman
JAMES G. KREISSMAN
SIMPSON THACHER & BARTLETT LLP

Attorneys for Defendants
RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, IAN LOWITT, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, MARSHA JOHNSON EVANS, ROLAND A. HERNANDEZ, AND HENRY KAUFMAN

    /s/ Mark C. Molumphy
MARK C. MOLUMPHY
COTCHETT, PITRE & MCCARTHY

Attorneys for Plaintiff
CITY OF SAN BUENAVENTURA

- 3 -

Stipulation and [Proposed] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time to Respond to Complaint – Case No. C 09-0877 WHA

|  |  |
|---|---|
| 1 | |
| 2 |   /s/ James K. Lynch<br>JAMES K. LYNCH |
| 3 | LATHAM & WATKINS LLP |
| 4 | Attorneys for Defendant<br>ERNST & YOUNG LLP |

  /s/ Joshua Judah Pollack
JOSHUA JUDAH POLLACK
PROSKAUER ROSE LLP

Attorneys for Defendant
ERIN CALLAN

ATTESTATION PURSUANT TO GENERAL ORDER 45, § X

I, James G. Kreissman, attest pursuant to General Order 45, § X, that concurrence in the filing of this Stipulation has been obtained from each of the other signatories above.

  /s/ James G. Kreissman
JAMES G. KREISSMAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.:**

DATED: March 16, 2009

_____
Honorable William Alsup
United States District Judge

[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]

- 4 -

Stipulation and [Proposed] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time to Respond to Complaint – Case No. C 09-0877 WHA