JUDGE KAPLAN

**'09 CIV 3476**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| A CERTIFIED TRUE COPY |
| --- |
| ATTEST |
| By Jakela Mells on Apr 06, 2009 |
| FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Mar 19, 2009**

FILED
CLERK'S OFFICE

IN RE: LEHMAN BROTHERS HOLDINGS, INC.,
SECURITIES & EMPLOYEE RETIREMENT
INCOME SECURITY ACT (ERISA) LITIGATION

APR 1 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MDL No. 2017

C 09 - 0877 WHA
(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On February 9, 2009, the Panel transferred nine civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2009). Since that time, four additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of February 9, 2009, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted. |
| --- |
| **Apr 06, 2009** |
| CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: LEHMAN BROTHERS HOLDINGS, INC.,
SECURITIES & EMPLOYEE RETIREMENT
INCOME SECURITY ACT (ERISA) LITIGATION         MDL No. 2017

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| CALIFORNIA CENTRAL | |
| CAC 2 09-1501 | City of Long Beach v. Richard S. Fuld, Jr., et al. |
| CALIFORNIA EASTERN | |
| CAE 1 09-391 | County of Tuolumne v. Ernst & Young, LLP, et al. |
| CALIFORNIA NORTHERN | |
| CAN 3 09-875 | City of Auburn v. Richard S. Fuld, Jr., et al. |
| CAN 3 09-876 | City of Burbank v. Richard S. Fuld, Jr., et al. |
| SCAN 3 09-877 | City of San Buenaventura v. Richard S. Fuld, Jr., et al. |
| CAN 3 09-926 | City of Freemont v. Citigroup Global Markets, Inc., et al. |
| CONNECTICUT | |
| CT 3 09-305 | Eric Taussig v. Richard S. Fuld, Jr. |